IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOEY HARIG                                                                          PLAINTIFF

VS.                                                        CAUSE NO. 3:18cv183-SA-JMV

PROGRESSIVE INSURANCE COMPANY                                  DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

This day, this cause came on for consideration of the joint application for an Order of Dismissal of the parties to this cause, each of whom acknowledge that this case has been fully and finally settled, a settlement agreement and release having been executed by the plaintiff. Having maturely considered the joint application, the Court is of the opinion that such relief should be granted and it is therefore,

ORDERED AND ADJUDGED that this cause and all parties hereto shall be and are hereby dismissed with prejudice, each party to bear its own costs.

SO ORDERED, this the 30TH day of October, 2018.

_____
SHARION AYCOCK
CHIEF UNITED STATES DISTRICT COURT JUDGE

APPROVED BY:

_____
KENT E. SMITH, MS Bar No. 9031
Attorney for Plaintiff

_____
H. RICHMOND CULP, III, MS Bar No. 7936
Attorney for Defendant